NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM ELLISON,                    )
                                    )
       Appellant,                   )
                                    )
v.                                  )       Case No. 2D17-1364
                                    )
STATE OF FLORIDA,                   )
                                    )
       Appellee.                    )
_____     )

Opinion filed February 7, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew D. Bernstein, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

       Affirmed.


KHOUZAM, MORRIS, and SALARIO, JJ., Concur.